# EPSTEIN & WEIL LLC

ATTORNEYS AT LAW                                                                                                   (212) 732-4888

225 Broadway                                                                                                    **LLOYD EPSTEIN**
New York, NY 10007                                                                                         **JUDITH H. WEIL**

April 21, 2020

**Via Email** Failla_NYSDChambers@nysd.uscourts.gov **and ECF**
Hon. Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10013



Re: United States v. Kowan Poole
Dkt. No. 20-Cr-3 (KPF)
Request to Modify Conditions of Bond

Dear Judge Failla:

This is a request for a bond modification with the Government's consent.

Mr. Poole was released on bond on the condition that he be subject to home detention and GPS monitoring. Mr. Poole lives in Washington, D.C., and is monitored by the probation office in that district. He is subject to that district's High Intensity Monitoring Program ("HISP"), which is the equivalent of home detention in our district.

This is to request that the conditions of the GPS bracelet, home confinement, and HISP be removed. There is work available in Washington, D.C., and removal of these conditions will enable Mr. Poole to find a job. I have spoken to AUSA Alexander Li, SDNY Probation Officer Joshua Rothman, and Washington D.C. Probation Officer Copes, all of whom consent to this modification.

Please feel free to have your Chambers call me if you have any questions.

Sincerely,

*Lloyd Epstein*

Lloyd Epstein

LE:pc

cc.  AUSA Alexander Li
(Via Email Alexander.Li@usdoj.gov and ECF)

Mr. Kowan Poole
(Via Email Kowanpoole@yahoo.com)

```
Application GRANTED.


Dated: April 22, 2020
       New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE