**MEMO ENDORSED**

**EPSTEIN & WEIL LLC**
ATTORNEYS AT LAW                                                                                                           (212) 732-4888

225 Broadway                                                                                                               **LLOYD EPSTEIN**
New York, NY 10007                                                                                                         **JUDITH H. WEIL**

October 29, 2020

**Via Email** Failla_NYSDChambers@nysd.uscourts.gov **and ECF**
Hon. Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10013

                        Re: **United States v. Kowan Poole**
                              Dkt. No. 20-Cr-3 (KPF)
                              Request to Modify Conditions of Bond

Dear Judge Failla:

       This is a request to formally change the condition of Mr. Poole's bond from "home incarceration" to "home detention."

       Yesterday afternoon I received an email from USPO Josh Rothman regarding the modification of Mr. Poole's bond. Mr. Rothman informed me that Pretrial Services could more easily implement yesterday's modification of Mr. Poole's bond if the Court formally changes Mr. Poole's status to "home detention" rather than "home incarceration." I therefore request that the Court do so.

       I have spoken to AUSA Aleander Li who has no objection to this request.

       Please feel free to have your Chambers call me if you have any questions.

                                                  Sincerely,

                                                  *Lloyd Epstein*
                                                  Lloyd Epstein

LE:pc

cc.  AUSA Alexander Li
     (Via Email Alexander.Li@usdoj.gov and ECF)

     USPO Josh Rothman
     (Via Email Joshua_Rothman@nyspt.uscourts.gov)

     Mr. Kowan Poole
     (Via Email Kowanpoole@yahoo.com)

Application GRANTED.  Mr. Poole's status is hereby modified to home detention.

Dated:   October 29, 2020        SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE