UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>KOWAN POOLE,<br><br>                                        Defendant. | 20 Cr. 3-11 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a request from Lloyd Epstein, counsel for Defendant Kowan Poole, to withdraw from Mr. Poole's representation for personal reasons. That request is GRANTED. New counsel shall be appointed in this matter under the Criminal Justice Act. New counsel for Defendant, once assigned, is hereby ORDERED to advise the Government and the Court of the fact of his or her appointment.

The Clerk of Court is directed to mail a copy of this Order to Defendant's address of record.

SO ORDERED.

Dated:   January 25, 2021
        New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge