UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 20 Cr. 3-11 (KPF) |
| KOWAN POOLE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court will a hold a telephonic conference in this matter on **February 17, 2021, at 12:00 p.m.**  To access the conference line, the parties shall call (888) 363-4749 and enter access code 5123533#.  Please note, the conference line will not be available before 12:00 p.m.

SO ORDERED.

Dated:      February 16, 2021
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge