March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Kowan Poole       ,
        Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20___-CR-_003-11_(__KPF__) (__)

Defendant  Kowan Poole  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Kowan Poole by kpf_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kowan Poole**
Print Defendant's Name

_Alain Massena_ (Digitally signed by Alain Massena Date: 2021.02.16 22:46:50 -05'00')
Defense Counsel's Signature

**Alain V. Massena**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

02/17/2021
Date

_Katherine Polk Failla_
U.S. District Judge/~~U.S. Magistrate Judge~~