**MASSENA LAW P.C.**
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

* ADMITTED IN FEDERAL AND
NEW YORK STATE COURTS

May 21, 2021

## MEMO ENDORSED

**VIA ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:   **United States v. Kowan Poole,**
         **1:20-cr-0003-KPF**

Dear Judge Failla:

On behalf of the defendant Kowan Poole the Defense writes, with the consent of the Government, to respectfully request that the sentencing hearing in this matter, currently scheduled for June 4, 2021, be adjourned until August 25, 2021, at 3:00 p.m.

Respectfully submitted.

     /S/
_____

Alain V. Massena, Esq.

Cc: The Government (by email)

Application GRANTED.  Sentencing is ADJOURNED until **August 25, 2021, at 3:00 p.m.**  The defense sentencing submission shall be filed on or before **August 11, 2021,** and the Government's submission shall be filed on or before **August 18, 2021.**

           SO ORDERED.

Dated:  May 21, 2021
        New York, New York

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE