

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2022

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

**MEMO ENDORSED**

Re:   United States v. Kowan Poole, 20 Cr. 3 (KPF)

Dear Judge Failla:

On September 15, 2021, the Court issued the attached arrest warrant for defendant Kowan Poole based upon a violation memorandum filed by Pretrial Services.  Poole, who was in D.C. local custody, was thereafter writted into federal custody for his sentencing before the Court on December 3, 2021.  We are informed by the United States District Court for the District of Columbia that the arrest warrant is still outstanding.  Because Poole has appeared before the Court and has been sentenced, we respectfully request that the arrest warrant be withdrawn.  Counsel for Poole consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alexander Li
Thomas Burnett
Assistant United States Attorneys
(212) 637-2265/-1064

Attachment

CC:  Alain Massena, Esq. (*by ECF*)

---

Application GRANTED.  The warrant is hereby WITHDRAWN.

SO ORDERED.

Dated: April 14, 2022
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE